UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANDRES E. TORO,                                                    Index No. 1:18-cv-03906-KPF

                        Plaintiff,

      -against-                                                           NOTICE OF VOLUNTARY DISMISSAL
                                                                     PURSUANT TO FRCP 41(a)(1)(A)(i)

GRAPHIC COMMUNICATIONS
HOLDINGS, INC., d/b/a GRAPHIC
COMMUNICATIONS, INC., UNISOURCE
WORLDWIDE, INC., UWW HOLDINGS,
INC. and VERITIV CORPORATION,

                        Defendants.
-------------------------------------------------------X


**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Andres E. Toro, by and through his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant UWW Holdings, Inc.

                                                                                 **TUTTLE YICK LLP**

Dated: November 6, 2019                    By: _____
                                                              Gregory O. Tuttle
                                                              220 E. 42nd Street, 29th Floor
                                                              New York, New York 10017
                                                              646-493-9258
                                                              *Counsel for Plaintiff*


| | |
|---|---|
| CLYATT, RICHARDSON & RYAN, P.A. | LAW OFFICES OF KEVIN E. O'REILLY |
| Co-Counsel for Plaintiff | Co-Counsel for Plaintiff |
| | |
| */s/ Kevin F. Richardson* | */s/ Kevin E. O'Reilly* |
| KEVIN F. RICHARDSON, ESQ. | KEVIN E. O'REILLY, ESQ. |
| Florida Bar No. 329185 | Florida Bar No. 97488 |
| 1401 Forum Way, Suite 720 | 1401 Forum Way, Suite 720 |
| West Palm Beach, FL 33401 | West Palm Beach, FL 33401 |

1