UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRES E. TORO,

                Plaintiff,

      -v.-

GRAPHIC COMMUNICATIONS
HOLDING, INC. et al.,

                Defendants.

18 Civ. 3906 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the joint stipulation of voluntary dismissal filed by Plaintiff and Defendant Graphic Communications Holdings, Inc. (Dkt. #67), as well as Plaintiff's notice of voluntary dismissal with prejudice against the sole remaining Defendant, UWW Holdings, Inc. (Dkt. #68). Accordingly, this matter is concluded.

    The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:  November 7, 2019
           New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge